JS-6

Stephen M. Lobbin (CA 181195)
sml@smlavvocati.com
SML AVVOCATI P.C.
888 Prospect Street, Suite 200
San Diego, CA 92037
Telephone: (949) 636-1391

Andrew DiNovo (*pro hac vice*)
adinovo@dinovoprice.com
Nicole E. Glauser (*pro hac vice*)
nglauser@dinovoprice.com
Michael D. French (*pro hac vice*)
mfrench@dinovoprice.com
DINOVO PRICE LLP
7000 North MoPac Expressway
Suite 350
Austin, TX 78731
Telephone: (512) 539-2626

ATTORNEYS FOR PLAINTIFF
PRESERVATION TECHNOLOGIES LLC

Jonathan W. Brown
jbrown@lglaw.com
Lipsitz Green Scime Cambria LLP
42 Delaware Avenue
Suite 120
Buffalo, NY 14202
Telephone: (716) 849-1333
Facsimile: (716) 855-1580

ATTORNEYS FOR DEFENDANT
FLYNT PUBLICATIONS, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| PRESERVATION TECHNOLOGIES LLC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>FLYNT PUBLICATIONS, LLC f/k/a L.F.P., INC.,<br><br>　　　　Defendant. | Case No. 2:23-cv-03305-GW-SHKx<br><br>[~~PROPOSED~~] ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE |

Case No. 2:23-cv-03305-GW-SHKx    [PROPOSED] ORDER GRANTING JOINT STIPULATION OF DISMISSAL

# [~~PROPOSED~~] ORDER

The Court having reviewed the Joint Stipulation of Dismissal with Prejudice, and good cause having been shown:

**IT IS HEREBY ORDERED** that the Joint Stipulation of Dismissal with Prejudice is GRANTED. The entire action and all claims against all parties is hereby dismissed with prejudice. Each party shall bear their own attorneys' fees and costs.

Dated: __August 3__, 2023

_____
THE HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE